

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| MARTHA BAÑUELOS CANALES, | § | No. 08-22-00098-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law #4 |
| BENITO MARTINEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2022-CCV00232) |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. Finding Appellant, Martha Banuelos Canales, has not filed her Appellant's Brief or filed a motion for extension of time to file a brief, we dismiss this appeal for want of prosecution.

On August 17, 2022, the Clerk of the Court sent Appellant a letter indicating that it appeared she no longer wished to pursue this appeal, as neither the Appellant's Brief nor a motion for extension of time had been filed. The letter indicated that the Court would submit this case for dismissal within 10 days unless any party could show grounds for continuing the appeal.

As of this date, Appellant has not filed an Appellant's Brief or a motion for extension of time to file a brief, nor has she responded to correspondence sent by the Court.

Pursuant to Rule 42.3(b) and (c), we dismiss this appeal for want of prosecution. *See*

TEX.R.APP.P. 42.3(b), (c).


August 30, 2022

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.